THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Nathaniel
 Wilson, Jr., Appellant.
 
 
 

Appeal From Richland County
  G. Thomas Cooper, Jr., Circuit Court
 Judge
Unpublished Opinion No. 2008-UP-436
Submitted August 1, 2008  Filed August 5,
 2008    
APPEAL DISMISSED

 
 
 
 Deputy Chief Attorney for Capital Appeals Robert M. Dudek, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 and Solicitor Warren B. Giese, all of Columbia, for Respondent.
 
 
 

PER CURIAM: Nathaniel Wilson appeals his guilty plea to assault and battery of a
 high and aggravated nature.  He maintains his guilty plea failed to conform
 with the mandates set forth in Boykin v. Alabama, 395 U.S. 238 (1969).  Specifically,
 Wilson asserts he was not advised of his right to confront the witnesses
 against him.  After a thorough review of
 the record and counsels brief pursuant to Anders v. California, 386
 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss[1] Wilsons appeal and grant counsels motion to be relieved. 
APPEAL
 DISMISSED.
KONDUROS, J., CURETON, A.J., and GOOLSBY, A.J.,
 concur. 

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.